IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **MARIA V. RUIZ DE BALDERAS,** Individually and on Behalf of All Others Similarly Situated | § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 6:19-CV-58 |
| **ETX SUCCESSOR ATHENS, F/K/A EAST TEXAS MEDICAL CENTER, ATHENS, AND ETX SUCCESSOR SYSTEM, F/K/A EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM AND SHELLI MORRISON D/B/A THE MORRISON LAW FIRM,** | § § § § § § § § § § | |
| Defendants. | § | |

## DEFENDANTS NORTH CYPRESS MEDICAL CENTER OPERATING COMPANY, LTD.'S AND CYPRESS EMERGENCY ASSOCIATES, P.A.'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants North Cypress Medical Center Operating company, Ltd. and Cypress Emergency Associates, P.A. certifies that the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are believed to be financially interested in the outcome of this litigation:

**Plaintiffs:**  Maria V. Ruiz de Balderas
Jammie Shelton

**Counsel for Plaintiff:**  Charles W. Nichols
LAW OFFICE OF CHARLES W. NICHOLS
Texas Bar No. 14994200
Donald J. Larkin
Texas Bar No. 24057702

1

617 E. Lacy Street
Palestine, Texas 75801
Telephone: (903) 729-5104
Facsimile: (903) 729-0347

Mitchell L. Burgess
BURGESS LAW FIRM P.C.
Missouri Bar No. 47524
4505 Madison Avenue, Suite 200
Kansas City, MO 64111
Telephone: (816) 471-1700
Facsimile: (816) 471-1701

Shawn B. Daniels
DANIELS LAW FIRM, PLLC
Arizona Bar No. 99126
129 West Sunbridge Drive
Fayetteville, AR 72703
Telephone: (479) 521-7000
Facsimile: (479) 437-2007

|  |  |
|---|---|
| **Defendants**: | North Cypress Medical Center Operating Company, Ltd. Cypress Emergency Associates, P.A. |
| **Counsel for Defendants:** | J. Douglas Sutter KELLY, SUTTER & KENDRICK, P.C. Federal Bar No. 3791 3050 Post Oak Blvd., suite 200 Houston, Texas 77056 Telephone: (713) 595-6000 Facsimile: (713) 595-6001 |
| **Defendant:** | ETX Successor Athens, f/k/a East Texas Medical Center, Athens |
| **Counsel for Defendant**: | Justin Roel Chapa Megan Renee Whisler Texas Bar No. 24087671 Jillian Rae Harris Texas Bar No. 24074019 1717 Main Street, Suite 3200 Dallas, Texas 75201-7347 Telephone: (214)466-4120 Facsimile: (214) 466-4001 |

| | |
|---|---|
| **Defendant:** | Shelli Morrison d/b/a The Morrison Law Firm |
| **Counsel for Defendant:** | Brian P. Launten<br>BRIAN LAUTEN, P.C.<br>Texas Bar No. 24031603<br>3811 Turtle Creek Blvd., Suite 1450<br>Dallas, Texas 75219<br>Telephone: (214) 414-0996<br>Facsimile: (214) 744-3015 |

                                        Respectfully submitted,

                                By:   */s/ J. Douglas Sutter*
                                        J. Douglas Sutter
                                        Federal Bar No. 3791
                                        State Bar No. 19525500
                                        DSutter@ksklawyers.com

                                        3050 Post Oak Blvd., Suite 200
                                        Houston, Texas 77056-6570
                                        Telephone:    (713) 595-6000
                                        Facsimile:     (713) 595-6001

                                        ATTORNEY FOR DEFENDANTS
                                        NORTH CYPRESS MEDICAL CENTER
                                        OPERATING COMPANY, LTD. AND
                                        CYPRESS EMERGENCY ASSOCIATES, P.A.

OF COUNSEL:

KELLY, SUTTER & KENDRICK
3050 Post Oak Blvd., Suite 200
Houston, Texas 77056-6570
(713) 595-6000 – Telephone
(713) 595-6001 – Facsimile
DSutter@ksklawyers.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2019, a true and correct copy of the foregoing document was provided to opposing counsel via the Court's ECF filing system as follows:

Charles W. Nichols     cnichols@charleswnicholslaw.com
Texas Bar No. 14994200
Donald J. Larkin     donald@charleswnicholslaw.com
Texas Bar No. 24057702
617 E. Lacy Street
Palestine, Texas 75801
Telephone: (903) 729-5104
Facsimile:   (903) 729-0347

Mitchell L. Burgess     mitch@burgesslawkc.com
Burgess Law Firm P.C.
Missouri Bar No. 47524
4505 Madison Avenue, Suite 200
Kansas City, MO 64111
Telephone: (816) 471-1700
Facsimile:  (816) 471-1701

Shawn B. Daniels     shawn@danielsfirm.com
Daniels Law Firm, PLLC
Arizona Bar No. 99126
129 West Sunbridge Drive
Fayetteville, AR 72703
Telephone: (479) 521-7000
Facsimile: (479) 437-2007

Justin Roel Chapa     justin.chapa@morganlewis.com
Texas Bar No. 24074019
Megan Renee Whisler     megan.whisler@morganlewis.com
Texas Bar No. 24087671
Jillian Rae Harris     jillian.harris@morganlewis.com
1717 Main Street, Suite 3200
Dallas, Texas 75201-7347
Telephone: (214)466-4120
Facsimile:  (214) 466-4001

Brian P. Lauten     blauten@brianlauten.com
Texas Bar No. 24031603
3811 Turtle Creek Blvd., Suite 1450
Dallas, Texas 75219
Telephone: (214) 414-0996
Facsimile:  (214) 744-3015

By:    */s/ J. Douglas Sutter*
        J. Douglas Sutter