# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MARIA V. RUIZ DE BALDERAS, individually, and on behalf of all others similarly situated, § § § § *Plaintiff,* § § v. § § ETX SUCCESSOR ATHENS, f/k/a EAST TEXAS MEDICAL CENTER, ATHENS, and ETX SUCCESSOR SYSTEM, f/k/a EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, § § § § § § *Defendants.* § | Case No. 6:19-CV-58-JDK-KNM |

## FINAL JUDGMENT

Pursuant to Plaintiff's Unopposed Motion to Dismiss and Rule 41(a) of the Federal Rules of Civil Procedure, the Court hereby enters Final Judgment.

It is therefore **ORDERED** that Plaintiff take nothing and that all pending motions are **DENIED AS MOOT.**

It is further **ORDERED** that all claims in this suit be **DISMISSED** in their entirety **WITH PREJUDICE.**

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **11th** day of **September, 2020.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE